Charles Warner JONES, a/k/a Charles Jones, Plaintiff—Appellant,

v.

MARYLAND DEPARTMENT OF CORRECTIONS COMMISSIONERS; Sergeant McDonald; Co II Sellman; Co II Sofello; Co IV Painter; James Peguese, Each Defendant is hereby sued individually and severally, Defendants—Appellees,

and

Security Officer Stitch, Defendant.

No. 03–7445.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 19, 2003.

Decided Dec. 8, 2003.

Charles Jones, Appellant pro se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**318**

PER CURIAM.

Charles Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jones v. Maryland Dep't of Corr. Comm'rs*, No. CA–03–412–RDB (D.Md. Aug. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*